UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael R. Ricci, Jr.,

Plaintiff,

v.

UNUM Life Insurance Company of America, Provident Life and Accident Insurance Company and Provider Services Group, Inc. Group Insurance Plan,

Defendants.

---

Court File No. 01-CV 557 JRT/SRN

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The parties, by and through their respective counsel, hereby agree and stipulate to the following modification of Paragraphs 3 and 4 of the Court's May 17, 2001, Pretrial Scheduling Order:

3. Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) shall be made on or before November 1, 2001.

4. Full disclosures of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

(a) By Plaintiff(s) on or before December 3, 2001.

(b) By Defendant(s) on or before January 2, 2001.

Dated this 30th day of August, 2001.

**KRASS MONROE, P.A.**

John Harper, III (ID #41397)
Terrance J. Wagener (ID #213676)
*Attorneys for Defendant*
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

Dated this 30 day of August, 2001.

**LARKIN, HOFFMAN, DALY & LINDGREN, LTD.**

Terrence E. Bishop (ID #149081)
*Attorney for Plaintiff*
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
Telephone: (952) 835-3800

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby ordered that Paragraphs 3 and 4 of the May 17, 2001, Pretrial Scheduling Order be modified as follows:

3. Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) shall be made on or before November 1, 2001.

4. Full disclosures of expert testimony required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

(a) By Plaintiff(s) on or before December 3, 2001.

(b) By Defendant(s) on or before January 2, 2001.

Dated this 4th day of September 2001.

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

G:\WPDATA\U\UNUMPROVIDENT\31-RICCI\PLD\STIPULATION & ORDER.DOC

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500