UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael R. Ricci, Jr.,

Plaintiff,

v.

UNUM Life Insurance Company of America, Provident Life and Accident Insurance Company and Provider Services Group, Inc. Group Insurance Plan,

Defendants.

Court File No. 01-CV 557 JRT/SRN

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The parties, by and through their respective counsel, hereby agree and stipulate to the following modification of the Court's May 17, 2001, Pretrial Scheduling Order:

1. Discovery shall be commenced in time to be completed by February 1, 2002.

2. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 15, 2002.

Dated this 3rd day of October, 2001.

**KRASS MONROE, P.A.**

John Harper, III (ID #41397)
Terrance J. Wagener (ID #213676)
*Attorneys for Defendant*
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

Dated this 4th day of October, 2001.

**LARKIN, HOFFMAN, DALY & LINDGREN, LTD.**

Terrence E. Bishop (ID #149081)
*Attorney for Plaintiff*
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
Telephone: (952) 835-3800

OCT 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby ordered that the May 17, 2001, Pretrial Scheduling Order be modified as follows:

1. Discovery shall be commenced in time to be completed by February 1, 2002.

2. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 15, 2002.

Dated this 12th day of October, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

G:\WPDATA\U\UNUMPROVIDENT\31-RICCI\PLD\STIPULATION & ORDER.DOC