UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael R. Ricci, Jr.,

Plaintiff,

v.

UNUM Life Insurance Company of America, Provident Life and Accident Insurance Company and Provider Services Group, Inc. Group Insurance Plan,

Defendants.

---

Court File No. 01-CV 557 JRT/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: December 5, 2001

Terrence E. Bishop (ID #149081)
Attorney for Plaintiff

Dated: 12-11, 2001

John Harper, III (ID#41397)
Attorney for Defendant

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 19th day of December, 2001.

**BY THE COURT:**

John R. Tunheim

**Judge of U.S. District Court**

G:\WPDATA\U\UNUMPROVIDENT\31-RICCI\PLD\STIPULATION OF DISMISSAL-ORDER.DOC